# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK MCCULLAH,<br><br>          Plaintiff,<br><br>     v.<br><br>ANDREW M. SAUL,<br>Commissioner of Social Security,<br><br>          Defendant. | Case No. EDCV 18-01235-JEM<br><br>**JUDGMENT** |

In accordance with the Memorandum Opinion and Order Affirming Decision of the Commissioner of Social Security filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this case is dismissed with prejudice.

DATED: June 13, 2019

                                              */s/ John E. McDermott*
                                              JOHN E. MCDERMOTT
                                UNITED STATES MAGISTRATE JUDGE